966 A.2d 548

Jamal HERNANDEZ, Petitioner

v.

The Honorable Amanda COOPERMAN, Common Pleas Judge, Philadelphia County, Pennsylvania, Respondent.

No. 174 EM 2008.

Supreme Court of Pennsylvania.

Feb. 11, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 11th day of February, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.** The Prothonotary is directed to strike the name of the judge from the caption.